**NICHOLAS F. REYES, #102114**
**LAW OFFICE OF NICHOLAS F. REYES**
**1107 "R" STREET**
**FRESNO, CALIFORNIA 93721**
**PHONE: (559) 486-4500**
**FAX:     (559) 486-4533**

Attorney for Defendant
**RAYMUNDO GUTIERREZ SANTIAGO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.  2:11-CR-00186-MCE |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| RAYMUNDO GUTIERREZ SANTIAGO ) | |
| Defendant. ) | |
| _____) | |

Defendant, RAYMUNDO GUTIERREZ SANTIAGO, by and through counsel Nicholas F. Reyes, and the United States, by and through its attorney Assistant U.S. Attorney Michele M. Beckwith, hereby stipulate and request that the Court continue the Status Conference in the above-captioned case from December 15, 2011 to February 2, 2012 at 9:00a.m. before the Honorable Judge Morrison C. England, Jr.

Counsel, Nicholas F. Reyes just substituted in as attorney of record and has not received discovery in this matter and requires time to review the discovery.  Counsel, Nicholas F. Reyes is scheduled to begin a lengthy jury trial in Santa Clara County on January 3, 2012. In addition counsel for the parties anticipate a fast track resolution, however both counsel are awaiting a summary pre-plea probation report which is not yet available.

///

///

1  For these reasons, the parties stipulate and request that the Court exclude time within
2  which trial must commence under the Speedy Trial Act from the date of this stipulation,
3  December 15, 2011 through, and including February 2, 2012, for continuity of counsel under
4  18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4.

5  Respectfully Submitted,

6  Dated: December 14, 2011     /s/ Nicholas F. Reyes
                                 NICHOLAS F. REYES, ESQ.
7                                Attorney for Defendant
                                 RAYMUNDO G. SANTIAGO
8

9                                BENJAMIN WAGNER
                                 U.S. Attorney
10
   Dated: December 14, 2011     /s/ Michele M. Beckwith
11                               MICHELE M. BECKWITH
                                 Assistant U.S. Attorney

1 **ORDER**

2    Based on the stipulation of the parties and good cause appearing therefrom, the
3 Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the
4 previously set Status Conference is continued to February 2, 2012 at 9:00a.m.  It is further
5 ordered that time from the date of the parties' stipulation, December 15, 2011, until and
6 including February 2, 2012, shall be excluded from computation of time within which the
7 trial of this case must be commenced under the Speedy Trial Act to allow defendant to
8 retain defense counsel and allow defendant continuity of counsel, pursuant to 18 U.S.C.
9 §3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the
10 ends of justice served by the granting of a continuance outweigh the best interests of the
11 public and the defendant in speedy trial.

12    **IT IS SO ORDERED.**

13   Dated:  December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE